STATE OF CONNECTICUT *v.* MARIO SARACENO

The state's petition for certification for appeal from the Appellate Court, 15 Conn. App. 222, is denied.

*Mitchell S. Brody,* deputy assistant state's attorney, in support of the petition.

Decided November 10, 1988

ADELE P. BARCA *v.* ANGELO BARCA

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 604, is denied.

*Wesley W. Horton,* in support of the petition.

Decided November 10, 1988

FRANCIS DALEY ET AL. *v.* CITY OF HARTFORD

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 379, is denied.

*Richard M. Cosgrove* and *H. Maria Cone,* in support of the petition.

*Ronald E. Cassidento,* in opposition.

Decided November 10, 1988

THOMAS P. FONG ET AL. *v.* PLANNING AND ZONING BOARD OF APPEALS OF THE TOWN OF GREENWICH

The plaintiffs' petition for certification for appeal from the Appellate Court, 16 Conn. App. 604, is granted, limited to the following issues:

"1. Did the Appellate Court err in determining that a landowner whose building permit was revoked by the Planning and Zoning Appeals (the 'Board') could not